UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST E. MOTLEY, | No. 2: 16-cv-0059 MCE KJN P |
| Petitioner, | |
| v. | ORDER |
| SHAWN HATTON, | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED that respondent's objections to the findings and recommendations filed February 15, 2017, are due on or before March 30, 2017.

Dated: March 15, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mot59.eot(2)

1