IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST E. MOTLEY,** | Case No. 2:16-cv-0059 MCE KJN P |
| Petitioner, | **ORDER** |
| v. | |
| **SHAWN HATTON,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, IT IS HEREBY ORDERED that Respondent shall have an additional 31 days, to and including July 31, 2017, to file a response to Petitioner's petition for writ of habeas corpus.

Dated: July 6, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mot59.ord